# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **MICHAEL LOUIS BRISCO, 1074236,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:04-CV-2687-P |
| ) | ECF |
| **DOUGLAS DRETKE, Director, TDCJ-CID,** ) | |
| Respondent. ) | |

## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Petitioner's motions been referred to the United States Magistrate Judge pursuant to an order of reference from the district court. The findings, conclusions and recommendation of the Magistrate Judge follow:

### Findings and Conclusions

On September 16, 2005, Respondent filed a motion to dismiss, arguing Petitioner failed to exhaust state remedies. On October 17, 2005, Petitioner filed a motion to amend his petition to present only those claims that have been exhausted. On December 19, 2005, the District Court granted Petitioner's motion. The Court therefore finds that Respondent's motion to dismiss for failure to exhaust state remedies should be denied.

**Recommendation:**

The Court recommends that Respondent's motion to dismiss for failure to exhaust state remedies be denied.

Signed this 18th day of January, 2006.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO OBJECT

The United States District Clerk shall serve a copy of these findings and recommendations on Petitioner.  Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to these findings and recommendations must file and serve written objections within ten (10) days after being served with a copy.  A party filing objections must specifically identify those findings and recommendations to which objections are being made.  The District Court need not consider frivolous, conclusory or general objections.  The failure to file such written objections to these proposed findings and recommendations shall bar that party from a *de novo* determination by the district court.  *See Thomas v. Arn*, 474 U.S. 140, 150  (1985).  Additionally, the failure to file written objections to proposed findings and recommendations within ten (10) days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996)(en banc).