IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL LOUIS BRISCO, 1074236,  ) | |
|     Petitioner,                                  ) | |
| ) | |
| v.                                                         ) | No. 3:04-CV-2687-P |
| ) | ECF |
| DOUGLAS DRETKE, Director, TDCJ-CID, ) | |
|     Respondent.                              ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

The Court therefore DENIES Respondent's motion to dismiss for failure to exhaust state remedies.

IT IS SO ORDERED.

Signed this 22nd day of February 2006.

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**