**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MICHAEL LOUIS BRISCO, 1074236,** | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **No. 3:04-CV-2687-P** |
| | ) | **ECF** |
| **NATHANIEL QUARTERMAN, Director,** | ) | |
| **TDCJ-CID,** | ) | |
| Respondent. | ) | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 24th day of July 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE